TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00205-CV

John Cornyn, Attorney General of Texas, and the State of Texas, Appellants

v.

Texas Daily Newspaper Association and Texas Press Association, on Behalf of their

Member Newspapers, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 97-08930, HONORABLE PAUL R. DAVIS, JUDGE PRESIDING 

PER CURIAM

 Appellants John Cornyn and the State of Texas and appellees Texas Daily
Newspaper Association and Texas Press Association have filed an agreed motion to dismiss the
appeal as moot. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Agreed Motion

Filed: July 26, 2001

Do Not Publish